Caree Harper SBN 219048
**LAW OFFICES OF CAREE HARPER**
100 Wilshire Blvd. Suite 700
Santa Monica, CA 90401
Tel.: (213) 386-5078

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
# IN AND FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOUSETON, *ET. AL* .<br><br>　　　　　　　　Plaintiffs,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, *ET. AL*<br><br>　　　　　　　　Defendants. | Case No.: 23-cv-06887-SVW- MRW<br><br>**-NOTICE OF WITHDRAWAL OF [PROPOSED] DEFENDANT ERICK PALIMA RAMOS AS DEFENDANT** |

　　　　Plaintiffs previously requested ERICK RAMOS be a named Defendant [Doc # 45]. That request is WITHDRAWN.  This also resolves [Doc #47]. Plaintiffs HOUSETON and BARNES, withdraws the request to include ERICK PALIMA RAMOS as a Defendant in this litigation as ALL WinCo defendants have settled.  Plaintiffs will file a Request to Dismiss Defendant WinCo once required conditions have been fulfilled.

Dated: 2/7/24　　　　　　　　LAW OFFICES OF CAREE HARPER
　　　　　　　　　　　　　　　　　/S/ Caree Harper
　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　**Caree Harper**