1  Rickey Ivie (SBN 76864)
   Email: rivie@imwlaw.com
2  Angela M. Powell (SBN 191876)
   Email: apowell@imwlaw.com
3  **IVIE McNEILL WYATT PURCELL & DIGGS**
   444 S. Flower Street, 32nd Floor
4  Los Angeles, California 90071
   Tel:   (213) 489-0028
5  Fax:   (213) 489-0552

6  Attorneys for Defendants,
   COUNTY OF LOS ANGELES, SHERIFF ROBERT LUNA
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACY HOUSETON and DAMON BARNES,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>COUNTY OF LOS ANGELES, SHERIFF ROBERT LUNA, DEPUTY TREVOR KIRK, WINCO FOODS, LLC a Delaware Limited Liability Company, and WINCO HOLDINGS, INC., an Idaho Corporation, individually & in their Official Capacities and DOES 1 to 10, Inclusive<br><br>　　　　　Defendants. | Case No.:  2:23-cv-06887-SVW-MRW<br>[Assigned for All Purposes to: Hon. Stephen V. Wilson/Magistrate Judge Michael R. Wilner]<br><br>**DECLARATION OF ANGELA M. POWELL IN SUPPORT OF THE AWARD OF FEES PURSUANT TO THE COURT'S ORDER RE MOTION FOR A PROTECTIVE ORDER FOR THE DEPOSITION OF SHERIFF ROBERT LUNA [DKT 83]**<br><br>Complaint Filed:   August 22, 2023 |

Pursuant to this Court's Order [DKT 83] granting Defendants County of Los Angeles and Sheriff Robert Luna's award of fees for the successful Motion for a Protective Order for the Deposition of Defendant Sheriff Robert Luna [DKT 69, 70, 73, 74], I, Angela M. Powell, declare as follows:

　　　1.　　I am an attorney at law licensed to practice law in the State of California for over 26 years, and a Director at the law firm of Ivie McNeill Wyatt Purcell & Diggs, the attorneys of record for Defendants County of Los Angeles and Sheriff Robert Luna (collectively "Defendants") in this action.

-1-

2. I have been the lead attorney in charge of litigating Defendants' position against claims made by Plaintiffs Jacy Houseton and Damon Barnes in this litigation. As part of our motion for protective order for the deposition of Sheriff Luna, I was in charge of the responsibilities involved with the response to Plaintiffs' request to depose Sheriff Luna.

**Background and Education**

3. I graduated from Pepperdine University School of Law in 1997. I was admitted to the bar of the State of California in December 1997. I have been an attorney in good standing and licensed to practice law since my original date of admission to the California bar in 1997. I am admitted to the United States District Court of the Central and Eastern Districts of California and the United States Court of Appeals for the Ninth Circuit. I have tried more than 60 cases in both state and federal court. I successfully argued a 1983 civil rights case on behalf of individual police officers before the Ninth Circuit. I began my career as a Los Angeles County Deputy District Attorney, where I prosecuted hundreds of violent crimes, including robbery, kidnapping, and capital murder. Subsequently, I was a plaintiff's attorney in a boutique law firm in Beverly Hills, where I represented employees in sexual harassment and discrimination claims and individuals in 1983 civil rights claims. I have also served as an adjunct professor at Pepperdine University, teaching an advanced course on law enforcement and civil rights claims, and was presented with the Distinguished Alumnus Award at the 2021 School of Law's Commencement ceremony. I am an Associate Member of the American Board of Trial Advocates.

4. Since 2013, my practice has exclusively focused on counseling and representing governmental entities, public entities, and individual police officers in civil rights actions and employers in labor and employment actions. Throughout this time, I have served as the lead counsel in over 300 such matters.

DECLARATION OF ANGELA M. POWELL IN SUPPORT OF THE AWARD OF FEES PURSUANT TO THE COURT'S ORDER RE MOTION FOR A PROTECTIVE ORDER FOR THE DEPOSITION OF SHERIFF ROBERT LUNA [DKT 83]

**Hourly Rate and Time Spent**

5.   The hourly rate I am seeking for work performed in this case is $600.00. The fees charged are compatible with local rates. *Orlando Garcia v. Apple Seven Services SPE San Diego, Inc.*, 2022 WL 837419, at *4 (C.D. Cal. Mar. 21, 2022) (noting that the average hourly rate for litigators in Los Angeles with 21 years of experience is about $800.00 per hour); *Hope Med. Enterprises, Inc. v. Fagron Compounding Serv.*, LLC, 2022 WL 826903, at *3 (C.D. Cal. Mar. 14, 2022) (holding that "billing rates of $895.00 to $1,295.00 per hour for partners and counsel, and between $565.00 and $985.00 for associates is reasonable within the legal community of Los Angeles for attorneys of similar skill and experience").

6.   I spent 27.7 hours on the motion for protective order. Attached as Exhibit A is a true and correct copy of all the time I billed on this matter. It depicts a fair and accurate depiction of the time that I spent working on this matter and is reasonable in terms of the time spent on each task.

7.   At a rate of $600.00 per hour, that amounts to $16,620.00 in attorney's fees.

**Summary of Request**

8.   In sum, Defendants' fees in bringing this motion amount to $16,620.00. Defendants request that the Court order an award of $16,620.00 in attorney's fees.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 27th day of March, 2024 at Los Angeles, California.

                                      */s/ Angela M. Powell*
                                      Angela M. Powell, Declaration

DECLARATION OF ANGELA M. POWELL IN SUPPORT OF THE AWARD OF FEES PURSUANT TO THE COURT'S ORDER RE MOTION FOR A PROTECTIVE ORDER FOR THE DEPOSITION OF SHERIFF ROBERT LUNA [DKT 83]

# EXHIBIT A

**EXHIBIT A**

| Date | Timekeeper | Description | Time | Rate | Total |
|---|---|---|---|---|---|
| 1/24/2024 | Angela M. Powell | Draft/revise correspondence to Plaintiffs' counsel to meet and confer re Defendant County of Los Angeles' Objection to Plaintiffs' Notice of Deposition of: Sheriff Robert Luna and potential motion for protective order | 1.3 | $600.00 | $780.00 |
| 1/24/2024 | Angela M. Powell | Research and analysis re motion for protective order for deposition of Sheriff Robert Luna | 1.5 | $600.00 | $900.00 |
| 1/25/2024 | Angela M. Powell | Draft/revise Defendants' Objection to Plaintiffs' Notice of Deposition of Sheriff Robert Luna | .50 | $600.00 | $300.00 |
| 1/26/2024 | Angela M. Powell | Review/analyze correspondence from Plaintiffs' counsel re Defendant County of Los Angeles' Objection to Plaintiffs' Notice of Deposition of: Sheriff Robert Luna and potential motion for protective order | .30 | $600.00 | $180.00 |
| 1/26/2024 | Angela M. Powell | Plan and prepare for conference call with Plaintiffs' counsel re Defendant County of Los Angeles' Objection to Plaintiffs' Notice of Deposition of: Sheriff Robert Luna and potential motion for protective order | .30 | $600.00 | $180.00 |
| 1/31/2024 | Angela M. Powell | Review/analyze Amended Notice of Deposition of Sheriff Robert Luna; further strategy re same in light of potential motion for protective order | .50 | $600.00 | $300.00 |
| 2/7/2024 | Angela M. Powell | Draft/revise L-R 37-2.1 Joint Stipulation Re Defendants' Motion for Protective Order for the Deposition of Defendant Sheriff Robert Luna | 3.0 | $600.00 | $1,800.00 |
| 2/7/2024 | Angela M. Powell | Draft/revise Declaration of Sheriff Robert Luna In Support of Defendants' Motion for Protective Order for the Deposition of Defendant Sheriff Robert Luna | 2.0 | $600.00 | $1,200.00 |
| 2/8/2024 | Angela M. Powell | Draft/revise Declaration of Sheriff Robert Luna In Support of Defendants' Motion for Protective Order for the Deposition of Defendant Sheriff Robert Luna | 1.0 | $600.00 | $600.00 |
| 2/8/2024 | Angela M. Powell | Review/analyze Lancaster Use of Force Press Conference | 2.0 | $600.00 | $1,200.00 |
| 2/12/2024 | Angela M. Powell | Draft/revise Declaration of Sheriff Robert Luna In Support of Defendants' Motion for Protective Order for the Deposition of Defendant Sheriff Robert Luna | .80 | $600.00 | $480.00 |
| 2/12/2024 | Angela M. Powell | Draft/revise Declaration of Angela M. Powell In Support of Defendants' Motion for Protective Order for the Deposition of Defendant Sheriff Robert Luna | 2.0 | $600.00 | $1,200.00 |

| Date | Attorney | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 2/12/2024 | Angela M. Powell | Plan and prepare for and identify each exhibit for Defendants' Motion for Protective Order for the Deposition of Defendant Sheriff Robert Luna | 1.0 | $600.00 | $600.00 |
| 2/20/2024 | Angela M. Powell | Draft/revise L-R 37-2.1 Joint Stipulation Re Defendants' Motion for Protective Order for the Deposition of Defendant Sheriff Robert Luna | 2.0 | $600.00 | $1,200.00 |
| 2/28/2024 | Angela M. Powell | Draft/revise and finalize L-R 37-2.1 Joint Stipulation Re Defendants' Motion for Protective Order for the Deposition of Defendant Sheriff Robert Luna; correspondence exchange with Plaintiffs' counsel to finalize and file | 2.0 | $600.00 | $1,200.00 |
| 2/28/2024 | Angela M. Powell | Review/analyze Plaintiffs' portion of L-R 37-2.1 Joint Stipulation Re Defendants' Motion for Protective Order for the Deposition of Defendant Sheriff Robert Luna | 2.0 | $600.00 | $1,200.00 |
| 3/6/2024 | Angela M. Powell | Draft/revise Defendants' Supplemental Memorandum in Support of Defendants' Motion for a Protective Order for the Deposition of Sheriff Robert Luna | 2.0 | $600.00 | $1,200.00 |
| 3/6/2024 | Angela M. Powell | Draft/revise Declaration of Angela M. Powell in Support of Defendants' Supplemental Memorandum in Support of Defendants' Motion for a Protective Order for the Deposition of Sheriff Robert Luna; identify and review each exhibit for same | 1.5 | $600.00 | $900.00 |
| 3/19/2024 | Angela M. Powell | Plan and prepare for hearing re Defendants' Motion for a Protective Order for the Deposition of Sheriff Robert Luna | 1.0 | $600.00 | $1,200.00 |
| 3/20/2024 | Angela M. Powell | Attend hearing via video conference | 1.0 | $600.00 | $600.00 |
| | | Total | 27.7 hrs | | $16,620.00 |