AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

JACY HOUSETON and DAMON BARNES )
)
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 2:23-cv-06887 SVW (MRWx)
)
**COUNTY OF LOS ANGELES, SHERIFF** )
**ROBERT LUNA, DEP. TREVOR KIRK, DEP. FELIPE** )
**ALEJANDRE, WINCO FOODS, LLC**, a Delaware )
limited liability company, and **WINCO HOLDINGS, INC.**, an Idaho )
corporation, individually & in their official capacities & )
**DOES 1-10** inclusive )
*Defendants.* )

**SUMMONS IN A CIVIL ACTION AS TO FIRST AMENDED COMPLAINT**

To: *(Defendant's name and address)*  DEP. FELIPE ALEJANDRE
501 WEST LANCASTER BLVD
LANCASTER, CA. 93534

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Caree Harper
LAW OFFICES OF CAREE HARPER
100 Wilshire Blvd, Suite 700
Santa Monica, CA. 90401
(213) 386-5078

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 04/12/2024

_A. Bandek_
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:23-cv-06887 SVW (MRWx)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Dep. Felipe Alejandre (L.A.S.D. Deputy Sheriff)
was received by me on *(date)* 04/12/2024.

☒ I personally served the summons on the individual at *(place)* Los Angeles Sheriff's Lancaster Station by giving it to Senior Deputy Shane Dobra for Watch Commander Lt. Pope/Operations  on *(date)* 04/12/2024 ; or @4:41 PM (40's Male, Caucasian, brown eyes, bald, approximately 230lbs, 6'1"-6'2")

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 04/12/2024

*Server's signature*

Alexis Bell (Reg. Process Server # 2022149949)
*Printed name and title*

550 W. Rancho Vista Blvd, Suite D-1083, Palmdale, CA. 93551
*Server's address*

Additional information regarding attempted service, etc: