Caree Harper SBN 219048
LAW OFFICES OF CAREE HARPER
100 Wilshire Blvd. Suite 700
Santa Monica, CA 90401
Tel. (213) 386-5078
Email: *ch1@attorneyharper.com*

Attorneys PLAINTIFFS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| HOUSETON *et. al.*<br><br>Plaintiffs,<br>vs.<br><br>COUNTY OF LOS ANGELES, *et. al*, individually and in their official capacities and Does 1-10, inclusive<br><br>Defendants. | CASE NO.: 23-CV-6887-SVW-MRW<br><br>**PLAINTIFFS' RESPONSE TO DEFENDANT KIRK'S DECLARATION AT DKT #167** |

///

///

Counsel for Defendant Kirk, Ms. Keuper, attached a copy of a Los Angeles Times article containing a ***publicly published*** photograph of Defendant Kirk to her declaration at Dkt #167 in an apparent assertion that it violated the Court's order at Dkt #160. Plaintiffs disagree.

Plaintiffs' counsel has made a diligent search of all of her social media accounts for any and all posts bearing videotaped or screen shots of video footage of Trevor Kirk and cannot find any footage on her social media or any section entitled "Community". Counsel also contacted Ms. Keuper for the location of the posts she purported were from Plaintiffs' counsel as the ***origin*** of the posts were not identified in Ms. Keuper's declaration. Ms. Keuper refused to provide the location information as it was far more dramatic to race to the court instead of contacting counsel with the information.

Ms. Keuper is trying to capitalize on her unbriefed Hail Mary ***oral request*** regarding Plaintiffs counsel's purported social media posts at the end of the hearing on January 24, 2024, (and subsequent order at Dkt # 59). Although the Court, during said hearing said that he would not rule on matters not before him, the Court granted her request. On May 1, 2024, the court ordered Plaintiffs' counsel to remove social media posts taken of Kirk taken during the deposition in December. Plaintiffs' counsel failed to object to this ruling during the hearing in error. An objection is being made now and will be made at length under separate cover.

Dated: 5/6/ 24         LAW OFFICES OF CAREE HARPER
                       LAW OFFICES OF CHRISTIAN CONTRERAS

                       By: /S/ Caree Harper
                           Caree Harper
                           Attorneys for Plaintiffs