Rickey Ivie (State Bar No. 76864)
Email: rivie@imwlaw.com
Angela M. Powell (State Bar No. 191876)
Email: apowell@imwlaw.com
**IVIE McNEILL WYATT PURCELL & DIGGS**
444 S. Flower Street, Suite 3200
Los Angeles, California 90071
Telephone: (213) 489-0028
Fax: (213) 489-0552

Attorneys for Defendants,
COUNTY OF LOS ANGELES; SHERIFF ROBERT LUNA

Caree Harper (State Bar No. 219048)
Email: ch1@attorneyharper.com
**LAW OFFICES OF CAREE HARPER**
100 Wilshire Blvd. Suite 700
Santa Monica, CA 90401
Telephone: (213) 386-5078

Christian Contreras, Esq.(State Bar No. 330269)
Email: CC@Contreras-Law.com
**LAW OFFICES OF CHRISTIAN CONTRERAS**
**Professional Law Corporation**
360 E. 2nd St., 8th Floor
Los Angeles, California 90012
Telephone: (323) 435-8000
Fax: (323) 597-0101

Attorneys for Plaintiffs,
JACY HOUSETON and DAMON BARNES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACY HOUSETON and DAMON BARNES, individually,<br><br>Plaintiff,<br>v.<br><br>COUNTY OF LOS ANGELES, SHERIFF ROBERT LUNA, DEPUTY TREVOR KIRK, WINCO FOODS, LLC, a Delaware Limited Liability Company, and WINCO HOLDINGS, INC., an Idaho Corporation, individually & in their Official Capacities and DOES 1 to 10, inclusive,<br><br>Defendants. | CASE NO.: 2:23-cv-06887-SVW-MRW<br><br>[Assigned for All Purposes to: Hon. Stephen V. Wilson/Magistrate Judge Michael R. Wilner]<br><br>**STIPULATION TO DISMISS DEFENDANTS COUNTY OF LOS ANGELES AND SHERIFF ROBERT LUNA**<br>**[FRCP Rule 41(a)(1)(A)(ii)]** |

1

STIPULATION TO DISMISS DEFENDANTS COUNTY OF LOS ANGELES AND SHERIFF ROBERT LUNA

**TO THE HONORABLE COURT:**

Pursuant to Rule 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs JACY HOUSETON and DAMON BARNES (Plaintiffs) and Defendants COUNTY OF LOS ANGELES, and SHERIFF ROBERT LUNA (Defendants), by and through their counsel of record, hereby request and stipulate to dismiss Defendants of the above-entitled action, without prejudice. Each party shall bear their own attorneys' fees and costs.

IT IS SO STIPULATED.

DATED: May 24, 2024

**IVIE McNEILL WYATT PURCELL & DIGGS**

/s/ *Angela M. Powell*
Rickey Ivie
Angela M. Powell
Attorneys for Defendants
COUNTY OF LOS ANGELES,
and SHERIFF ROBERT LUNA

DATED: June 28, 2024

**LAW OFFICES OF CAREE HARPER**

/s/ Caree Harper
Caree Harper
Attorney for Plaintiffs,
JACY HOUSETON and DAMON BARNES