**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JACY HOUSETON and DAMON BARNES, <br><br> Plaintiff, <br><br> v. <br><br> COUNTY OF LOS ANGELES, SHERIFF ROBERT LUNA, DEPUTY TREVOR KIRK, WINCO FOODS, LLC a Delaware Limited Liability Company, and WINCO HOLDINGS, INC., an Idaho Corporation, individually & in their Official Capacities and DOES 1 to 10, Inclusive <br><br> Defendants. | CASE NO.:  2:23-cv-06887-SVW-MRW [Assigned for All Purposes to: Hon. Stephen V. Wilson/Magistrate Judge Michael R. Wilner] <br><br> **ORDER GRANTING PARTIES' STIPULATION TO DISMISS DEFENDANTS COUNTY OF LOS ANGELES AND SHERIFF ROBERT LUNA [DKT 180]** <br><br> Complaint Filed:   August 22, 2023 |

Pending before this Court is Stipulation To Dismiss Defendants County of Los Angeles and Sheriff Robert Luna [FRCP Rule 41(a)(1)(A)(ii)] [DKT 180]. After reviewing the moving papers, supporting evidence, and relevant legal authority, this Court finds good cause to grant the Stipulation as follows:

[PROPOSED] ORDER GRANTING PARTIES STIPULATION TO DISMISS DEFENDANTS COUNTY OF LOS ANGELES AND SHERIFF ROBERT LUNA [DKT 180]

-1-

1  Defendants COUNTY OF LOS ANGELES, and SHERIFF ROBERT LUNA are
2  dismissed from the above-entitled action, with prejudice. Each party shall bear their
3  own attorneys' fees and costs.

5  Dated: September 25, 2024   _____
6                                                Stephen V. Wilson, District Court Judge