**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JACY HOUSETON and DAMON BARNES,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, SHERIFF ROBERT LUNA, DEP. TREVOR KIRK, WINCO FOODS, LLC, a Delaware limited liability company, and WINCO HOLDINGS, INC., an Idaho corporation, individually and in their official capacities and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:23-cv-06887-SVW-MRW<br><br>(Hon. Stephen V. Wilson)<br><br>**ORDER RE DEFENDANT TREVOR KIRK'S MOTION FOR AN ORDER FOR A BRIEF CONTINUANCE OF TRIAL AND OF THE FINAL PRETRIAL CONFERENCE**<br><br>Date:             February 3, 2025<br>Time:            1:30 p.m.<br>Courtroom:   10A<br><br>Final Pre-Trial Conf.:   May 20, 2024<br>Trial:                            May 28, 2024<br><br>Complaint Filed: August 22, 2023 |

     Pending before this Court is Defendant Trevor Kirk's Motion for an Order for a Brief Continuance of Trial and of the Final Pretrial Conference.

Following review of the moving papers, supporting evidence, and relevant legal authority, IT IS HEREBY ORDERED that the Motion Continuance of the Final Pretrial Conference and Trial is GRANTED.

The Court continues Jury Trial to April 8, 2025 at 9:00 a.m. with a Pre-Trial Conference set for March 31, 2025 at 3:00 p.m.

**IT IS SO ORDERED.**

Dated: January 28, 2025

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE