Caree Harper SBN 219048
LAW OFFICES OF CAREE HARPER
401 Wilshire Blvd. Suite 1200
Santa Monica, CA 90401
Tel. (213) 386-5078
Email: *ch1@attorneyharper.com*

Attorneys for PLAINTIFFS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| HOUSETON *et. al* | CASE NO.: 23-CV-06887 SVW |
| Plaintiffs, | **NOTICE OF SETTLEMENT** |
| vs. | |
| COUNTY OF LOS ANGELES, DEP. TREVOR KIRK *et. al.*, individually and in their official capacities and Does 1-10, inclusive | |
| Defendants. | |

///
///
///

**TO THE HONORABLE COURT AND TO ALL PARTIES & COUNSEL:**

**PLEASE TAKE NOTICE** in accordance with Local Rule 40-2 that all Plaintiffs and all Defendants have reached a settlement of this case in its entirety. This settlement is contingent upon the approval of the Contract Cities Claims Board and the Los Angeles County Board of Supervisors.

Upon finalization of the settlement, all Defendants will be dismissed with prejudice.

                                 LAW OFFICES OF CAREE HARPER

                                 /s/ Caree Harper
                                 Caree Harper
                                 Attorney for Plaintiffs