UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:23-cv-06887-SVW-MRW | Date | March 10, 2025 |
| Title | *Jacy Houseton et al. v. Trevor Kirk et al.* | | |

Present: The Honorable  STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:** ORDER GRANTING PLAINTIFFS' REQUEST FOR AN ORDER CORRECTING THE SEPTEMBER 25, 2024 ORDER DISMISSING DEFENDANTS COUNTY OF LOS ANGELES AND SHERIFF ROBERT LUNA WITH PREJUDICE [248]

On August 22, 2023, Plaintiffs Jacy Houseton and Damon Barnes ("Plaintiffs") brought 42 U.S.C. § 1983 excessive force claims against Defendants the County of Los Angeles, Sheriff Robert Luna, Trevor Kirk, Winco Foods LLC, and Winco Holdings, Inc. ECF No. 1. On June 28, 2024, Plaintiffs, together with Defendants County of Los Angeles and Sheriff Robert Luna, filed a joint stipulation to dismiss those two defendants from the case without prejudice. ECF No. 180. On September 25, 2024, the Court granted the joint stipulation, but mistakenly dismissed the County of Los Angeles and Sheriff Robert Luna with prejudice, rather than without prejudice. ECF No. 187.

Now before the Court is Plaintiffs' request for an order correcting and/or relieving them from the Court's September 25 Order. ECF No. 248. Federal Rule of Civil Procedure 60(a) provides that "[t]he court may correct a clerical mistake or a mistake arising from oversight or omission whenever one is found in a judgment, order, or other part of the record." Relatedly, Federal Rule of Civil Procedure 60(b) allows the court to "relieve a party or its legal representative from a final judgment, order, or proceeding" in the case of "mistake, inadvertence, surprise, or excusable neglect."

:

Initials of Preparer    PMC

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:23-cv-06887-SVW-MRW | Date | March 10, 2025 |
| Title | *Jacy Houseton et al. v. Trevor Kirk et al.* | | |

    Here, the Court made such a "mistake" by dismissing the County of Los Angeles and Sheriff Robert Luna with prejudice, rather than without prejudice. The Court will accordingly relieve Plaintiffs of that judgment. Pursuant to the parties June 28, 2024 joint stipulation, the Court will dismiss Defendants County of Los Angeles and Sheriff Robert Luna from this action ***without prejudice***.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | PMC |