FILED

1    Damon Barnes _____ (Full Name)

2    llamont344@gmail.com _____ (Email Address)

3    600 Lincoln ave - unit _____ (Address Line 1)

4    93812 - Pasadena Ca (Address Line 2)

5    91109  559.563-4797 _____ (Phone Number)

6    Barnes Damon in Pro Per

7    (indicate Plaintiff or Defendant)

2025 APR -3 PM 2: 25

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____

8

9                    **UNITED STATES DISTRICT COURT**

10                    **CENTRAL DISTRICT OF CALIFORNIA**

11   Damon Barnes ; Jacy,              Case No. 2:23CV-06889- SVW

12              Plaintiff,

13         vs.                         **PROOF OF SERVICE BY MAIL**

14   Careeharper _____

15   _____

16   _____

17   _____

18   _____

19   _____

20   _____,

21              Defendant(s).

22

23   I, Damon Barnes _____, declare as follows:
                 (name of person serving documents)

24

25   My address is 600 Lincoln ave unit 93812 _____

26   _____ Pasadena Ca _____, which is located in the

27   county where the mailing described below took place.

28

Revised: August 2011
Form Prepared by Public Counsel.
© 2011 Public Counsel. All rights reserved.

On _4-2-2025_ , I served the document(s) described as:
(date of mailing)

_____
(list the names of the documents you are mailing)

_____

_____

_____

_____

_____

_____

_____

_____

on all interested parties in this action by placing a true and correct copy thereof in
a sealed envelope, with first-class postage prepaid thereon, and deposited said
envelope in the United States mail at or in _____ ,
(city and state of mailing)
addressed to:

| _____ (name) | _____ (name) |
| _____ (address) | _____ (address) |
| _____ (address) | _____ (address) |
| _____ (address) | _____ (address) |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _4-2-2025_      at _Pasadena_ .
(date)                        (city and state of signing)

_Damon Barnes_
(sign)

_DAMON BARNES_
(print name)

2
Proof of Service by Mail