# DECLARATION OF ROMAL HAYMOND

I, ROMAL HAYMOND, declare as follows:

I am a licensed armed security guard with Rodgers Security Solutions and I provide executive personal security. If called to testify I would competently testify to the following:

I have provided security for Attorney Harper when she has had to meet with Damon Barnes (& Jacy Houseton) after they stormed a wrongful death deposition she was conducting and demanded she talk with them. I was advised hey brought a pitbull with him and Jacy Houseton.

1. I have provided security services for Attorney Harper to protect her from Mr. Barnes on two occasions.

2. On. March 7, 2025, we met Mr. Barnes and Ms. Houseton at an IHOP (please see Ms. Harper's declaration as to why they are not welcome at the office any longer).

3. Mr. Barnes was immediately very aggressive with me and began yelling in my face and chest bumping in the crowded restaurant.

4. Without provocation Ms. Barnes slapped Ms. Harper's hand and caused her to drop her cell phone.

5. Mr. Barnes called Ms. Harper and I the "N-word " a half dozen times.

6. Police came and no charges were pressed against Mr. Barnes as the altercation was over.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 7TH Day of April, 2025, at Los Angeles, California.

*[Signature]*
ROMAL HAYMOND

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**DECLARATION OF ROMAL HAYMOND**

- 2 -