UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No.: | 2:23-cv-06887-SVW-SSCx | Date: | April 7, 2025 |

Title: Jacy Houseton et al v. Trevor Kirk et al

Present: The Honorable **STPEHEN V. WILSON, United States District Judge**

| Daniel Tamayo | Laura Elias |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Caree Harper | Sara Marie Greco |
| | Chandler Parker |

**Proceedings:**   ZOOM-STATUS CONFERENCE

    The Court and Counsel confer. For the reasons stated on the record, the Court shall GRANT the Ex Parte Application [257] and ORDERS docket entries 252 and 253 be SEALED. Additionally, the parties shall file a Motion with the Court if they do not agree with the Settlement terms.