Caree Harper SBN 219048
LAW OFFICES OF CAREE HARPER
401 Wilshire Blvd Suite 1200
Santa Monica, CA 90401
Tel.: (213) 386-5078
Email: ch1@attorneyharper.com

Christian Contreras, Esq.(SBN330269)
  *CC@Contreras-Law.com*
**LAW OFFICES OF CHRISTIAN CONTRERAS**
**PROFESSIONAL LAW CORPORATION**
360 E. 2nd St., 8th Floor
Los Angeles, California 90012
Tel: (323) 435-8000
Fax: (323) 597-0101

Attorney for Plaintiffs,
JACY HOUSETON, et al.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JACY HOUSETON and DAMON BARNES, individually, <br><br> Plaintiff, <br><br> v. <br><br> COUNTY OF LOS ANGELES, SHERIFF ROBERT LUNA, DEPUTY TREVOR KIRK, WINCO FOODS, LLC, a Delaware Limited Liability Company, and WINCO HOLDINGS, INC., an Idaho Corporation, individually & in their Official Capacities and DOES 1 to 10, inclusive, <br><br> Defendants. | CASE NO.: 2:23-cv-06887-SVW-SSC <br><br> **PLAINTIFFS' REQUEST TO SEAL DKT. 258** |

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**COME NOW** Plaintiffs JACY HOUSETON and DAMON BARNES and hereby request that Dkt. 258 be sealed.

On April 7, 2025, for the reasons stated on the record, this Court granted Plaintiffs' ex parte application and sealed Dkts. 252 and 253. On April 7, 2025, Dkt. 258 was filed in response to and in connection with Dkts. 252 and 253. Given that this Court granted Plaintiffs' ex parte application and sealed Dkts. 252 and 253, Plaintiffs request that Dkt. 258 also be sealed given that it is directly connected to Dkts. 252 and 253.

Dated: April 8, 2025      **LAW OFFICES OF CHRISTIAN CONTRERAS**
                          **A PROFESSIONAL LAW CORPORATION**

                          By: _____
                          Christian Contreras, Esq.
                          Attorney for Plaintiffs,
                          JACY HOUSETON, et al.